

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00332-CV

| | | |
|---|---|---|
| Childress Engineering Services, Inc. | § | From the 67th District Court |
| | § | of Tarrant County (067-264677-13) |
| v. | | |
| | § | February 12, 2015 |
| Nationwide Mutual Insurance Company, as Subrogee to Meritage Homes of Texas, L.L.C. | § | Opinion by Justice Dixon W. Holman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Childress Engineering Services, Inc.'s motion to dismiss. It is ordered that the order of the trial court is affirmed. We remand this case to the trial court for further proceedings.

It is further ordered that appellant Childress Engineering Services, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dixon W. Holman
       Justice Dixon W. Holman